THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOCIETE ANONYME DES ANCIENS ETABLISSMENTS, C. & E. CHAPEL FRERES & CIE, Respondent, *v.* WALTER H. KNAPP et al., Constituting the State Tax Commission, Appellants.

*Tax — corporations — assessment of tax, under section 9a of Tax Law, on foreign corporation for privilege of doing business within state.*

*People ex rel. Societe Anonyme, etc.,* v. *Knapp,* 191 App. Div. 701, affirmed.

(Argued November 15, 1920; decided November 30, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 19, 1920, which reversed a determination of the state tax commission refusing to revise and readjust a franchise tax assessed against the relator for the year commencing November 1, 1917. Relator contended that the commission had erred in its interpretation of the meaning of section 214 of the Tax Law. In the report filed by the relator the total bills and accounts receivable everywhere were stated at $562,087.60 and the total accounts and bills receivable within the state at $446,371.91. On the hearing of the application before the tax commission it was testified that such report of bills and accounts receivable showed both personal property sold by the corporation from merchandise manufactured by it within the state of New York, and personal property sold by the corporation from merchandise owned by it and located within the state of New York at the time of the acceptance of the order, but not manufactured by it within the state. In accordance with the construction of the statute by the state authorities and in making the assessment against the relator, the accounts and bills receivable within the state of New York were doubled, as were the accounts and bills receivable everywhere.

*Charles D. Newton,* Attorney-General (*C. T. Dawes* of counsel), for appellants.

*George W. Olvany* for respondent.

Order affirmed, with costs, on opinion of H. T. KELLOGG, J., below.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.